IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRETT LIEBERMAN,
Individually and on behalf of all others
similarly situated,                                                    ORDER

      Plaintiff,                                          Case No. 18-cv-450-jdp

v.

PORTAGE COUNTY, et al.

      Defendants.

---

      Plaintiff Brett Lieberman, a prisoner in the custody of the Wisconsin Department of Corrections has submitted, by counsel, a proposed complaint and has paid the $400 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prisoner Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

      Accordingly, IT IS ORDERED that plaintiff Brett Lieberman's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.

      Entered this 12th day of June, 2018.

      BY THE COURT:


      /s/
      PETER OPPENEER
      Magistrate Judge