IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRETT LIEBERMAN,

    Plaintiff,

  v.

Case No. 18-cv-450-jdp

PORTAGE COUNTY,
PORTAGE COUNTY SHERIFF'S OFFICE,
PORTAGE COUNTY DISTRICT
ATTORNEY'S OFFICE,
MIKE LUKAS, CORY NELSON, DALE
BOETTCHER, JOHN DOE PORTAGE
COUNTY SHERIFF'S OFFICE
PERSONNEL AND JOHN DOE PORTAGE
COUNTY DISTRICT ATTORNEY'S
OFFICE PERSONELL,

    Defendants,

  v.

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

    Intervenor-Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

1) dismissing defendants Portage County Sheriff's Office and the Portage County District Attorney's Office with prejudice;

2) dismissing John Doe Portage County Sheriff's Office Personnel and John Doe Portage County District Attorney's Office Personnel;

3) dismissing plaintiff's claims under the state and federal constitutions against defendants Portage County, Mike Lucas, Cory Nelson, and Dale Boettcher with prejudice;

4) dismissing plaintiff's claim under the Wisconsin Electronic Surveillance Control Law without prejudice under 28 U.S.C. § 1367(c)(3);

5) dismissing intervenor-defendant Wisconsin County Mutual Insurance Company's cross claims against defendants without prejudice; and dismissing this case.

| /s/ | 2/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |