IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRETT LIEBERMAN, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

PORTAGE COUNTY, MIKE LUKAS
in his individual capacity, CORY
NELSON in his individual capacity, DALE
BOETTCHER in his individual capacity,

      Defendants,

and

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

      Intervenor-Defendant.

No. 3:18-cv-450-jdp

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff Brett Lieberman, individually and on behalf of other similarly situated individuals, appeals to the United States Court of Appeals for the Seventh Circuit from the portion of this Court's Opinion and Order dated February 21, 2020, granting Defendants' motion for summary judgment on Plaintiff's and the certified class' claims under 42 U.S.C. § 1983 for violation of the Fourth Amendment of the U.S Constitution against Defendants Portage County (Count I), Mike Lukas in his individual capacity (Count VII), Cory Nelson in his individual capacity (Count XIII), and Dale Boettcher in his individual capacity (Count XIX), upon which an order of judgment was entered the same day. (ECF Nos. 114-15.)

Date: March 20, 2020                                           BRETT LIEBERMAN

                                                                             /s/    *John S. Marrese*
                                                                                                John S. Marrese

Steven A. Hart
Brian H. Eldridge
John S. Marrese (*Counsel of Record*)
**HART MCLAUGHLIN & ELDRIDGE, LLC**
22 W. Washington Street, Suite 1600
Chicago, Illinois 60602
Tel:    (312) 955-0545
Fax:   (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com

*Attorneys for Plaintiff*
*Brett Lieberman and the Class*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on March 20, 2020, he caused a true and correct copy of the foregoing **Notice of Appeal** to be electronically filed with the Court, a copy of which will be automatically served on all parties by operation of the Court's electronic filing system.

<u>/s/ *John S. Marrese*</u>