IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRETT LIEBERMAN, individually and
on behalf of all others similarly situated,

                Plaintiff,

v.

PORTAGE COUNTY, MIKE LUKAS,
in his individual capacity,
CORY NELSON in his individual capacity,
DALE BOETTCHER in his individual capacity,

                Case No. 18-cv-450-jdp

                Defendants,

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

                Intervenor-Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

1. The Court finds that the settlement is fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2).

2. Distribution of $12,150.00 to the 157 Class Members shall be made as follows:

    a. $77.16 to Brett Lieberman; and
    b. $77.39 to each of the remaining 156 Class Members.

3. Attorney's fees to Class Counsel in the amount of $40,202.60 is awarded as reasonable under the circumstances and on proof provided of the time and effort put towards seeking recovery for the Class.

4. Expenses to Class Counsel in the amount of $32,647.40 is awarded as reasonable under the circumstances and on proof of the itemized expenses incurred in seeking recovery for the Class.

5. A service award of $4,000.00 is granted to Plaintiff Brett Lieberman for serving as Class representative based upon the time and effort Mr. Lieberman contributed to advocating for the interests of the Class, with the Court being apprised and acknowledging that Mr. Lieberman will receive an additional $1,000.00 to separately and individually settle claims with Defendants.

6. Defendants are to fund the settlement amount of $90,000.00 within 31 days of this Order pursuant to the Settlement Agreement, assuming no notice of appeal is filed."

7. Upon receipt of the settlement funds, Class Counsel is to promptly mail settlement checks to Class Members.

8. Defendants are to ensure the non-monetary portion of the settlement is implemented within 15 days of this Order, pursuant to the Settlement Agreement.

9. This matter is dismissed with prejudice.

Approved as to form this __12TH__ day of March, 2021.

_____
James D. Peterson
District Judge

_____          __3/12/21__
Peter Oppeneer                                              Date
Clerk of Court